IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN SKINNER,<br><br>Defendant. | Case No. 1:21-CR-00265-DAD_____<br><br>ORDER REQUIRING RESPONSE BY THE GOVERNMENT<br><br>_____ |

On November 27, 2023, defendant filed a motion seeking the early termination of the five year term of supervised release in this case in which supervision was transferred from the Northern District of Florida to this court in November of 2021. Defendant Skinner has served approximately 27 and half months of his 60 month term of supervised release, is on a low risk supervision caseload in this district and has performed well on supervision. The government is directed to file a response to his motion for early termination by December 18, 2023. Thereafter, the court will issue an order addressing the motion.

IT IS SO ORDERED.

Dated:  **December 7, 2023**                          _Dale A. Drozd_
                                                                         UNITED STATES DISTRICT JUDGE

-1-