UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN SKINNER,<br><br>Defendant. | No. 1:21-cr-00265-NODJ<br><br>ORDER DENYING WITHOUT PREJUDICE DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE<br><br>(Doc. No. 4) |

On November 8, 2021, the U.S. District Court for the Northern District of Florida issued an order granting the transfer of jurisdiction over the supervised release term of defendant Brian Skinner to this court, where jurisdiction was accepted. (Doc. Nos. 1, 2.) On November 27, 2023, defendant Skinner filed with this court a request for early termination of his supervised release term on his own behalf. (Doc. No. 4.) On December 22, 2023, the government filed an opposition to that motion, noting that it had consulted with both probation and the U.S. Attorney's Office in the Northern District of Florida before doing so. (Doc. No. 7.) Specifically, the government observed in its opposition that defendant Skinner had now served 27 months of (less than one-half) of his 60 month term of supervised release and that no extraordinary circumstances had been presented justifying early termination at this time. (*Id.*) However, the government suggested the pending motion be denied without prejudice to its renewal by

/////

1

defendant Skinner after he had successfully completed at least one half of the term of supervised release.

The court finds the government's argument to be persuasive. Accordingly, defendant's motion for early termination of his term of supervised release (Doc. No. 4.) is denied without prejudice to its renewal after the successful completion of one-half or more of that term. The Court also suggests that defendant discuss his desire for early termination with his supervising probation officer who, if he or she supports the request at the appropriate time, may be willing to submit the prosed request for early termination to the court without the need for another motion. Finally, if necessary, the court directs the Clerk of the Court to close this case.

IT IS SO ORDERED.

Dated:   **January 4, 2024**                                                      
                                                  UNITED STATES DISTRICT JUDGE