1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,          No.  1:21-cr-00265-NODJ

12              Plaintiff,              ORDER GRANTING DEFENDANT'S
                                        MOTION FOR EARLY TERMINATION OF
13        v.                            SUPERVISED RELEASE

14   BRIAN SKINNER,                     (Doc. No. 10)

15              Defendant.

16

17         On January 5, 2024, this court denied defendant Skinner's motion for early termination of

18   his term of supervised release without prejudice to the renewal of that motion after he had

19   successfully completed at least one half of the term of supervised release.  (Doc. No. 9.)  On June

20   28, 2024, after having completed slightly more than half of his supervised release term, defendant

21   moved once again for early termination.  (Doc. No. 10.)  On July 16, 2024, counsel for the

22   government filed a statement of non-opposition to the granting of defendant's motion for early

23   termination of his term of supervised release.  (Doc. No. 11.)

24         Accordingly, defendant Skinner's motion is granted and his term of supervised release is

25   terminated forthwith.

26   IT IS SO ORDERED.

27     Dated:   **July 18, 2024**                    _____

28                                         UNITED STATES DISTRICT JUDGE

                                                    1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28